UNITED STATES DISTRICT COURT
Western District of Virginia

Julia C. Dudley     OFFICE OF THE CLERK     (540) 857-5100
Clerk     Post Office Box 1234
Roanoke, Virginia  24006
June 1, 2011

All Counsel of Record by E-Mail

Re: <u>DE Technologies v. E4X, Inc., et als.</u>, Civil Action No. 7-11-cv-00183

Dear Counsel:

    This case has been assigned to Judge Glen E. Conrad. The judge has requested that I be in touch with both sides and determine a trial date approximately six -eight months out, unless an earlier date is requested by the parties.

    Please confer among yourselves regarding how many days you think we'll need for a trial, and your availability for the dates proposed for a hearing, and for the following dates for trial:

    *March 26-30, 2012*
    *April 2-6, 2012*
    *April 9-13, 2012*
    *April 16-20, 2012*
    *April 23-27, 2012.*

    If no response is received, we will assume that any date(s) chosen in the time frames provided will be acceptable.

    Further, hearings on dispositive motions, such as motions to dismiss or for summary judgment, as well as motions regarding the admissibility of evidence, shall also be scheduled.  Please call me at (540) 857-5119 or email at <u>susanm@vawd.uscourts.gov</u>.

June 1, 2011
Page 2

      The court wants all discovery completed and pretrial motions filed within forty-five (45) days of the trial date. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond prior to the forty-five (45) days deadline. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial, except with the prior approval of the presiding judge.

      Judge Conrad actively promotes alternative dispute resolution in most civil cases. Generally, the parties may opt to initiate mediation, or some other form of alternative dispute resolution, prior to the completion of discovery. The court may initiate mediation shortly before, or shortly following, the scheduled completion of discovery.

      For more information on mediation, ECF registration, and/or other local rules, the parties are referred to the public website of the Clerk's Office, available at http://www.vawd.uscourts.gov .

      If you feel that the pretrial order in this case shall include special provisions, please contact me by email or telephone

      Very truly yours,

      *Susan Moody*

      Deputy Clerk